NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CALEB ANDREW FERNANDEZ,                    )
DOC #Y39282,                               )
                                           )
                    Appellant,             )
                                           )
v.                                         )        Case No. 2D17-2371
                                           )
STATE OF FLORIDA,                          )
                                           )
                    Appellee.              )
_____)

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Lee
County; Ramiro Mañalich, Judge.

Ryan Thomas Truskoski of Ryan
Thomas Truskoski, P.A., Orlando,
for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

            Affirmed.


SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.